**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Theodoros Michaelidis , ; , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Hudson A. Christmas , Attorneys for Plaintiff**
KEIST THURSTOIN P.C.
23131 N. Lake Pleasant Parkway
Peoria, AZ 85383
(623) 937-8888

**Defendant**(s): **Daniel Weiss , ; Jake Weiss , ; Weiss Construction Company , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**Sean M. Carroll , Attorneys for Defendant Jake Weiss**
CLARK HILL PLC
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
(480) 684-1100
**Jarin K. Giesler , Attorneys for Defendant Jake Weiss**
CLARK HILL PLC
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
4806841100
**Matthew A. Hesketh , Attorneys for Defendant Daniel Weiss**
TAFT STETTINIUS & HOLLISTER LLP
2555 Camelback Road, Suite 1050
Phoenix, AZ 85016
(602) 240-3000

---

**IFP REQUESTED**

---

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-066477**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **2 Citizen of Another State** |
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **190 Other Contract** |
| VI.Cause of Action: | **Breach of Contract; Breach of Covenant of Good Faith and Fair Dealing** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **Monetary relief in excess of $50,000** |

Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** Sean. M. Carroll

**Date:** 4/29/2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014