# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

**1. Style of the Case:**
Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Theodoros Michaelidis | Plaintiff | Hudson A. Christmas<br>Keist Thurston, P.C.<br>23131 N. Lake Pleasant Parkway<br>Peoria, AZ 85383<br>Hudson@ktolawfirm.com<br>Wendy@ktolawfirm.com |
| Jake Weiss | Defendant | Sean M. Carroll<br>Jarin K. Giesler<br>Clark Hill PLC<br>14850 N. Scottsdale Road, Suite 500<br>Scottsdale, AZ 85254<br>scarroll@clarkhill.com<br>jgiesler@clarkhill.com |
| Daniel Weiss | Defendant | Matthew A. Hesketh<br>Taft Stettinius & Hollister LLP<br>2555 E. Camelback Road, Suite 1050<br>Phoenix, AZ 85016<br>MHesketh@TaftLaw.com |

**2. Jury Demand:**
Was a Jury Demand made in another jurisdiction? Yes ○ No ◉
If "Yes," by which party and on what date?

______________________________ ________

**3. Answer:**
Was an Answer made in another jurisdiction? Yes ○ No ◉
If "Yes," by which party and on what date?

______________________________ ________

**4. Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Jake Weiss | 4/6/2026 | Waiver of Service |
| Daniel Weiss | 4/6/2026 | Acceptance of Service by Attorney |
| | | |

**5. Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A | |
| | |
| | |

**6. Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |
| | |
| | |

**7. Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Theodoros Michaelidis | Breach of Contract; Breach of Covenant of Good Faith and Fair Dealing |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**