# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130752

**KEIST THURSTON, P.C.**
Hudson A. Christmas, Esq. #037052
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383
Telephone: (623) 937-8888
Hudson@ktolawfirm.com
Wendy@ktolawfirm.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **THEODOROS MICHAELIDIS,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL WEISS and JANE DOE WEISS,** husband and wife; **JAKE WEISS and JANE DOE WEISS,** husband and wife; **WEISS CONSTRUCTION CO.**, a Michigan limited liability; **JOHN and JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities;**<br><br>Defendants. | Case No. CV2025-066477<br><br>**COMPLAINT -BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>(TIER 2-NOT SUBJECT TO COMPULSORY ARBITRATION) |

Plaintiff, Theodoros Michaelidis ("Plaintiff"), by and through his attorneys undersigned, and for the claims for relief against Defendants, DANIEL WEISS, JAKE WEISS, and WEISS CONSTRUCTION CO., alleges as follows:

//

**Parties, Jurisdiction and Venue**

1. Plaintiff is a married man residing in Maricopa County, Arizona.

2. At all times mentioned herein, Defendants, Daniel Weiss (hereinafter "Defendant Daniel") and Jane Doe Weiss, are husband and wife, and on information and belief are residents of Michigan, and remain such residents, and were acting on behalf of their respective marital community existing between said Defendants. Jane Doe Weiss is a fictitious name used to identify the wife of Defendant Daniel. At such time as the true identity of Jane Doe Weiss becomes known to Plaintiff, Plaintiff will seek leave of this Court to amend his Complaint to reflect the same.

3. At all times mentioned herein, Defendants, Jake Weiss (hereinafter "Defendant Jake") and Jane Doe Weiss, are husband and wife, and on information and belief are residents of Michigan, and remain such residents, and were acting on behalf of their respective marital community existing between said Defendants. Jane Doe Weiss is a fictitious name used to identify the wife of Defendant Jake. At such time as the true identity of Jane Doe Weiss becomes known to Plaintiff, Plaintiff will seek leave of this Court to amend this Complaint to reflect the same.

4. Defendant WEISS CONSTRUCTION CO. is a limited liability company organized and existing under the laws of the state of Michigan.

5. All acts complained of herein occurred in Maricopa County, Arizona.

6. All of the named Defendants herein, whether identified or designated as John



KEIST THURSTON LAW OFFICES

Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

Doe or Jane Doe, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and acting within their employment with regards to the transactions hereinafter alleged. Where applicable, each of the designations John Doe and Jane Doe as used herein are used for the purposes of identifying the unknown Defendants. Leave of Court is requested to substitute the true names as they are learned.

7. All acts herein alleged to have been done by the companies, corporations, partnerships and other business entities named herein were done by their duly authorized agents, directors, shareholders or employees acting within the scope of their employment or agency, and all acts herein alleged were agreed to and ratified by the individually named companies, corporations, partnerships and other business entities alleged herein. Each of the individually named companies, corporations, partnerships and other business entities alleged herein, whether identified or not, caused events to occur in the state of Arizona with the named Plaintiff. In the event that the type of business organization or the location of the headquarters or authorizing governmental unit of the corporation is unknown, such information will be supplied as it is learned by Plaintiffs.

8. In the event that the companies, corporations, partnerships and other business entities alleged herein were not duly authorized and legally constituted business entities, all actions taken on behalf of said organizations were done for and on behalf of the principals of said organizations, which principals are either identified herein or designated



Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

John and Jane Does 1-10 and which corporations or companies, if unknown at the time, are designated Entities 1-10. Leave is requested of the Court to add companies, corporations, partnerships and other business entities and additional named Defendants as they are learned.

9. The acts, omissions, representations, and understandings, agreements, and contracts hereinafter alleged were either done by, agreed to or ratified by all Defendants herein, whether named or unnamed, and all Defendants benefited either directly or indirectly from the acts, omissions, representations, understandings, agreements and contracts hereinafter alleged. As a result of the benefit derived and the agreement to or ratification of the acts, omissions, representations, understandings, agreements and contracts, Defendants are jointly and severally liable to Plaintiffs for the acts, omissions, representations, understandings, agreements, and contracts alleged herein.

10. All Defendants herein have individually and collectively caused events to occur in the State of Arizona in the County of Maricopa.

11. The amount in controversy satisfies the jurisdictional requirements of the Court.

12. Under A.R.S. § 12-401(1), this Court has venue, due to all of the defendants residing out of state, and the Plaintiff residing in Maricopa County.

13. This Court has subject matter jurisdiction pursuant to A.R.S. § 12-123.

14. This Court has personal jurisdiction over the Defendants pursuant to Arizona



KEIST THURSTON LAW OFFICES

Rules of Civile Procedure 4.2(a). Personal jurisdiction is also appropriate, due to the fact that the current case arose from Defendants' contacts with Arizona. Plaintiff was employed with Defendants while residing in Arizona, and Arizona functioned as Plaintiff's main headquarters during his entire employment connection with Defendants.

## GENERAL ALLEGATIONS

15. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

16. The parties executed an Offer Letter (hereafter "Agreement", see **Exhibit A**), which was dated October 26, 2023 and signed by Defendant Jake Weiss, who, on the date of signing, was listed as Business Administrator for Defendant Weiss Construction Co. (hereafter "Defendant Weiss Co."). Plaintiff signed and returned the offer letter on October 27, 2023, thus finalizing the contract between the parties, and beginning Plaintiff's employment at Defendant Weiss Co.

17. Under the terms of the Agreement, the Plaintiff was to be retained by Defendant Weiss Co. as the VP of Operations.

18. Under Section 1 of the Agreement, Plaintiff would receive $250,000 in yearly salary,

19. Under Section 2 of the Agreement, Plaintiff's yearly salary would be increased to $275,000 in January 1, 2025, which did occur.

20. Under Section 3 of the Agreement, Plaintiff would receive a "guaranteed



KEIST THURSTON LAW OFFICES

2025 bonus" of "20% of base pay." As of today's date, Plaintiff has not received this bonus.

21. Under Section 5 of the Agreement, Plaintiff would receive a three-week paid vacation each year.

22. Under the Section marked "Termination" in the Agreement, Plaintiff was entitled to be paid all unused vacation upon being terminated.

23. Under Section 12 of the Agreement, Plaintiff would be offered 6 months of base pay and COBRA as severance "in the event of termination for other than Cause."

24. At the time of execution, Defendant Daniel Weiss was and continues to be the CEO of Defendant Weiss Co.

25. Defendant Jake Weiss no longer functions under the role of Business Administrator for Defendant Weiss Co., but has been promoted and functions as Defendant Weiss Co.'s Director of Corporate Development.

26. Plaintiff worked at Defendant Weiss Co. until October 10, 2025, when Plaintiff was sent a termination letter from Weiss Construction (see **Exhibit B**), stating that his position at Defendant Weiss Co. had "been eliminated effective immediately."

27. Plaintiff then immediately reached out to Defendant Daniel Weiss who stated that the reason for the termination was the company's financial problems, and that the termination was not due to any wrongdoing on Plaintiff's part.

28. Plaintiff was also told by Defendant Daniel Weiss that he would be



KEIST THURSTON LAW OFFICES

receiving none of the severance payment, the unused vacation payment, or the "guaranteed" 2025 bonus, despite what was stated in the Agreement.

29. As of today's date, Plaintiff has still not received the severance payment, the COBRA payment, the unused vacation payment, or the "guaranteed" 2025 bonus.

30. Currently, more than $50,000.00 is owed to Plaintiff by Defendants, due to Defendants' unlawful refusal to honor the Agreement between the parties. Plaintiff's damages will continue to grow as the case continues.

## I. Count I - Breach of Contract

## (As to all Defendants)

31. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

32. The parties entered into an agreement for Plaintiff's employment. The parties executed the Agreement dated on or about October 27, 2023.

33. Defendants' actions as described herein constitute a breach of the contract between the Parties.

34. Plaintiff did not violate his performance of the contract, as he properly performed his employment at Defendant Weiss Co. and was specifically told by Defendant Daniel Weiss that his termination occurred only because of Defendant Weiss Co.'s financial problems.

35. Defendants have not paid the agreed upon amount and have refused to honor



KEIST THURSTON LAW OFFICES

Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

the Agreement. Due to Defendants' clear breach of the contract, Plaintiff has not received the benefit of the Agreement.

36. Undersigned Counsel has reached out to Defendants to no avail.

37. Plaintiff has been damaged in the amount of more than $50,000.00, and Plaintiff's damages continue to grow with every day that passes after Defendants' breach. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

38. Plaintiff also seeks costs and attorneys' fees pursuant to A.R.S. §12-341.01, and any other applicable basis.

**II. Count II - Breach of Implied Covenant of Good Faith and Fair Dealing**

**(As to all Defendants)**

39. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

40. The Contact between Plaintiff and Defendants includes an implied covenant of good faith and fair dealing, which imposes on all parties the duty to not do anything to impair the right of the other to receive the benefits that flow from their agreement or contractual relationship.

41. Defendants have materially breached the covenant of good faith and fair dealing by refusing to honor the Agreement and withholding the agreed upon payment from Plaintiff.



KEIST THURSTON LAW OFFICES

Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

42. Plaintiff has been damaged in the amount of more than $50,000.00, and Plaintiff's damages continue to grow with every day that passes after Defendants' unlawful refusal. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

43. Plaintiff also seeks costs and attorneys' fees pursuant to A.R.S. §12-341.01, and any other applicable basis.

## III. Prayer for Relief

**WHEREFORE** Plaintiff prays the Court enter judgment against Defendant as follows:

A. For an award of damages for breach of contract and breach of covenant of good faith and fair dealing in an amount to be determined at trial;

B. For compensatory, incidental, and consequential damages in an amount to be proven at trial, but not less than $50,000.00;

C. For punitive damages against Defendants;

D. For Plaintiff's reasonable attorney's fees and costs herein and, in the event judgment is obtained by default, for reasonable attorneys' fees and costs in the amount of $10,000.00;

E. For post judgment interest at the legal rate;

F. For attorneys' fees and costs pursuant to A.R.S. §§12-341 and -341.01;



KEIST THURSTON LAW OFFICES

Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

G. For any further relief this Court deems just.

**RESPECTFULLY SUBMITTED** this 17th day of December 2025.

**KEIST THURSTON, P.C.**

***Hudson Christmas, Esq.***
*Attorneys for Plaintiff*

KEIST THURSTON LAW OFFICES

## VERIFICATION

I am Theodoros Michaelidis. I have read the Verified Complaint and the factual statements contained therein are true and correct to the best of my knowledge and information.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: 12 / 17 / 2025

THEODOROS MICHAELIDIS



Doc ID: 6a648a645a28f6a81700211db2bad6d4875025a6

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Complaint Michaelidis.pdf |
| **File name** | Complaint_Michaelidis.pdf |
| **Document ID** | 6a648a645a28f6a81700211db2bad6d4875025a6 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested on ktolaw.cliogrow.com and signed on ktolaw.cliogrow.com**

## Document History

| | | |
|---|---|---|
| SENT | **12 / 16 / 2025** 17:03:58 UTC | Sent for signature to Theodoros Michaelidis (greekted@hotmail.com) from hudson@ktolawfirm.com IP: 184.191.23.107 |
| VIEWED | **12 / 17 / 2025** 12:51:50 UTC | Viewed by Theodoros Michaelidis (greekted@hotmail.com) IP: 174.174.113.68 |
| SIGNED | **12 / 17 / 2025** 12:54:45 UTC | Signed by Theodoros Michaelidis (greekted@hotmail.com) IP: 174.174.113.68 |
| COMPLETED | **12 / 17 / 2025** 12:54:45 UTC | The document has been completed. |

# EXHIBIT A

**WEISS CONSTRUCTION**
**41001 GRAND RIVER AVE**
**NOVI, MI 48375**
**TEL: (313) 567-4500 FAX: (313) 567-7635**

October 26th, 2023

Ted Michaelidis
greekted@hotmail.com
480-909-7864
**Offer Letter**

Ted,

Weiss Construction is pleased to offer you a position on behalf of the Weiss Group as VP of Operations.

If you choose to accept the offer, you will report directly to the President. This position is in person at our Novi office and will require substantial travel to and from various company offices and job sites on an as needed basis.

The offer is subject to background checks and a pre-employment drug screen, which will be set up prior to your start date.

This position will be classified as Exempt within regulations set by the Fair Labor Standards and is not eligible for overtime payment. Your annual Salary will be $250,000 per year, paid bi-weekly. In addition to your base salary, you will be eligible for a bonus of 25% of your base salary after your first year of employment. Typically, bonuses are offered at the end of the year and on occasion we offer mid-year bonuses.

If you elect to accept **WCC's Health Insurance, which is paid completely by Weiss**, this will save you approximately **$8,000 - $10,000 per year** in premium costs. Depending on the number of insured, and being at "Gold Level", with no monthly payment by the employee, we feel this is a great benefit to you and your family.

You will be eligible for Medical Insurance on the first day of the month following completing a minimum of 30 days of employment. For example, if you start on April 17, 2023, you would be eligible for Medical, Dental, and Vision Insurance on June 01, 2023. Again, there is no payroll deduction for this benefit, WCC pays 100% of the monthly premiums for your Health Insurance, which is provided by Blue Cross Blue Shield and the Dental and Vision Insurance is provided by MetLife.

You will also be eligible for Weiss' 401K, Profit Sharing, and FSA, which are all maintained by the company but funded by the employee. Company Profit Sharing is typically disbursed between July and September of each year. The profit sharing is a percentage of your base salary including bonus, which has been between 3-9% over the past six years. Weiss will offer a "Safe Harbor" commitment of 3% annually regardless of company's financial position.

WCC offers Paid Vacation of Three Weeks (No more than one total "banked" week can be carried to the following year) and 5 days for Personal Time Off (Sick Days). In addition, you will receive eight paid Holidays per calendar year.

WEISS CONSTRUCTION
41001 GRAND RIVER AVE
NOVI, MI 48375
TEL: (313) 567-4500 FAX: (313) 567-7635

Ted,

WCC is pleased to offer to you the following compensation package:

1. **Annual Base Salary:** $250,000 paid in twenty-six pay periods (every two weeks)

2. **Base Salary Increase:** $25,000 base salary increase guaranteed upon a successful integration during 2024. Additionally, your title will change to "Chief Operating Officer" effective 1/1/2025.

3. **Bonus Compensation:**
    a. 1st year guaranteed 2024 bonus: 25% of base pay
    b. 2nd year guaranteed 2025 bonus: 20% of base pay
    c. 2026 and onward to be defined in 2024 via performance based incentive program

4. **Profit Sharing:** Completely at the Company's discretion (minimum 3%).
    - Past History over the last 25 years 2 to 10%
    - Participation & Vesture per Company Program and Federal Requirements.

5. **Vacation:** Three-week paid vacation.

6. **Holidays:** WCC celebrates eight paid holidays per year: New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Day after Thanksgiving; Christmas Eve, and Christmas Day.

7. **Sick Days:** WCC employees have five (5) PTO days available each year which can only be used for sick time, doctor/dentist appointments, court hearing, and childcare. Unused sick time cannot be rolled over to the next year, nor is it paid if not used. Your sick time in 2023 would be prorated based on your start date.

8. **Medical/Life/Dental/Vision Insurance:** WCC will pay 100% of your monthly medical insurance premiums (Employees pay zero % of the monthly medical insurance premiums). We currently participate in a Gold Level, PPO (BC/BS). Dental & Vision is currently with MetLife Group. Life (Burial) Insurance is in the amount of $50,000 for the employee. Short-Term/Long-Term Disability Insurance will be issued as well.

9. Access to WCC **401k** and **FSA**: Both maintained by WCC for employee benefit and to be funded by the employee. You will be eligible for 401K at the next company enrollment period.

10. **Vehicle Allowance:** $500/month.

11. **Laptop** computer will be issued.

12. **Severence** will be offered in the event of termination for other than Cause. This will include six (6) months of base pay and COBRA.

13. **Signing Bonus:** $35,000 signing bonus to be paid out in two equal installments. $17,500 paid on January 1st 2024, $17,500 paid on April 1st 2024. This amount is fully refundable to employer if employee departs for any reason within 24 months of start date.

WEISS CONSTRUCTION
41001 GRAND RIVER AVE
NOVI, MI 48375
TEL: (313) 567-4500 FAX: (313) 567-7635

Ted, your expected start date for this new position will be November 27th, 2023 if you elect to accept a position with Weiss.

**Non-Disclosure/Non-Compete Agreement**: As a condition of employment, you will be required to execute a Non-disclosure/Non-compete Agreement provided by WCC upon acceptance of this offer only applicable upon leaving the company.

**Termination**: This is "At Will" Employment and is subject to termination by either party, with or without cause, in which case, any potential bonus is forfeited, and profit sharing is disbursed per the Plan. In the event the employee is terminated for cause, any unpaid and accumulated vacation will be forfeited. In the event the employee is released without cause, all unused vacation will be paid.

**Non-Disclosure & Confidentiality**: Because the employee will be privy to the confidential and proprietary information of the Company, the employee agrees that following termination of his/her employment for any reason (except as a direct result of a need for a reduction in work forces for economic reasons), and the employee accepts employment with a direct competitor of the Company, then the employee will not compete, interfere with or transfer proprietary information with respect to any project, proposal or other Company endeavor that the employee has been involved with during the term of employment. This agreement to not compete shall be specifically enforceable. Non-disclosure shall be enforceable in perpetuity regardless of the reason for termination.

Ted, we are enthusiastic about you joining our company as a valued team member and are confident that the rewards and opportunities that we have to offer will support your career objectives.

***Acceptance***: Please Acknowledge your acceptance of this offer by signing below. This offer expires on October 27th, 2023, at close of business. Welcome to the Weiss team!

[signature] 10.27.23

Theodoros (Ted) Michaelidis Date

Sincerely,

Jake Weiss

[signature]

Business Administrator
Weiss Construction Co.

CC: Tim Johnson

# EXHIBIT B

WEISS

October 10, 2025

Theodoros Michaelidis

10243 W Bent Tree Dr.

Peoria Arizona 85383

RE: Notice of Employment Termination

Dear Ted,

This letter confirms that your position with Weiss Construction Company has been eliminated, effective immediately.

Your benefits coverage will end today, October 10, 2025. You will receive a separate notice detailing your rights regarding continuation of health coverage under COBRA.

Your final paycheck will include all wages earned through today.

We appreciate your contributions to Weiss Construction and wish you continued success in your future endeavors.

If you have any questions, please contact Ewaynia Brown, HR Manager, at (248) 417-5714 or via email at ebrown@weissconstruction.com.

Thank you,

*Ewaynia Brown*

Ewaynia Brown

HR Manager

Weiss Construction

# EXHIBIT 2

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130753

CV2025-066477

**Plaintiff's Attorney:**
Hudson A Christmas
Bar Number: 037052, issuing State: AZ
Law Firm: Keist Thurston, P.C.
23131 N. Lake Pleasant Parkway
Peoria, AZ 85383
Telephone Number: (623)937-8888
Email address: hudson@ktolawfirm.com

**Plaintiff:**
Theodoros Michaelidis
10243 W. Bent Tree Dr.
Peoria, AZ 85383
Telephone Number: (480)909-7864
Email address: greekted@hotmail.com

**Defendants:**
Daniel Weiss

Jane Doe Weiss

Jake Weiss

Jane Doe Weiss

Weiss Construction Co.

John & Jane Does 1-10

ABC Entities 1-10

Discovery Tier t2

Case Category: Contracts
Case Subcategory: Other Contract (Breach of Contract)

AZTurboCourt.gov Form Set #12506972

# EXHIBIT 3

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130754

Person/Attorney Filing: Hudson A Christmas
Mailing Address: 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Phone Number: (623)937-8888
E-Mail Address: hudson@ktolawfirm.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 037052, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Theodoros Michaelidis
Plaintiff(s),
v.
Daniel Weiss, et al.
Defendant(s).

Case No. **CV2025-066477**

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this December 17, 2025

By: Hudson A Christmas /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #12506972

# EXHIBIT 4

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130755

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

**SUMMONS**

AND

Daniel Weiss, et al.
Name of Defendant

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Daniel Weiss
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #12506972

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 5

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130756

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

**SUMMONS**

AND

Daniel Weiss, et al.
Name of Defendant

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Jane Doe Weiss
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #12506972

**3.** If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

**4.** You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

**5.** Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

**6.** Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk




If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 6

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130757

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

**SUMMONS**

AND

Daniel Weiss, et al.
Name of Defendant

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Jake Weiss
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #12506972

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 7

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130759

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

AND

Daniel Weiss, et al.
Name of Defendant

**SUMMONS**

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Weiss Construction Co.
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #12506972

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 8

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130760

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

**SUMMONS**

AND

Daniel Weiss, et al.
Name of Defendant

**WARNING**: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** John & Jane Does 1-10
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

AZturboCourt.gov Form Set #12506972

**3.** If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

**4.** You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

**5.** Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

**6.** Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 9

Person Filing: Hudson A Christmas
Address (if not protected): 23131 N. Lake Pleasant Parkway
City, State, Zip Code: Peoria, AZ 85383
Telephone: (623)937-8888
Email Address: hudson@ktolawfirm.com
Representing [☐ ] Self or [☒ ] Attorney for:
Lawyer's Bar Number: 037052, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
C. McWhorter, Deputy
12/17/2025 10:19:28 AM
Filing ID 21130761

**SUPERIOR COURT OF ARIZONA**
IN MARICOPA COUNTY

Case Number: **CV2025-066477**

Theodoros Michaelidis
Name of Plaintiff

AND

Daniel Weiss, et al.
Name of Defendant

**SUMMONS**

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** ABC Entities 1-10
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

3. If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5. Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6. Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *December 17, 2025*

*JOSEPH W. MALKA*
Clerk of Superior Court

By: *C. MCWHORTER*
Deputy Clerk

SEAL OF THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #12506972

# EXHIBIT 10

DL Investigations & Attorney Support LLC
7501 N 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

CLERK OF THE SUPERIOR COURT
FILED
S CLARK, DEP

Inv #
165713

**SUPERIOR COURT OF THE STATE OF ARIZONA** 2026 FEB 19 PM 2:28
**IN AND FOR THE COUNTY OF MARICOPA**

**THEODORE MICHAELIDIS**

**Plaintiff / Petitioner,**

vs

**DANIEL WEISS; et al.**

**Defendant / Respondent**

NO **CV2025-066477**
CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action

**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from **HUDSON CHRISTMAS c/o Keist Thurston** on **1/21/26**, that I personally served copies of these documents on those named below in the manner and time and place shown, and except where noted, all services were made in Maricopa County, Arizona

**NAME** **DANIEL WEISS**

**DATE & TIME** 1/26/26 1 20pm
**PLACE & MANNER** 41001 GRAND RIVER AVE, NOVI, MI 48375, which is his/her place of business
By serving MASCHAE IVORY, ADMINISTRATIVE ASSISTANT, a person authorized to accept such service on their behalf, in person

MS IVORY STATED SHE WAS AUTHORIZED TO ACCEPT SERVICE FOR MR WEISS

**Statement of Costs**

| | |
|---|---|
| Services | $100 00 |
| Mileage | |
| Sp Handl | $70 00 |
| Witness | |
| Advances | |
| Cert Prep | $25 00 |
| Other | $10 00 |
| **Total** | $205 00 |

S/C

The above is covered by A R S as amended 41-314 & 11-45 and Rules 4, 5 and 45

# EXHIBIT 11

# Affidavit of Process Server

Superior Court of Arizona in Maricopa County
(NAME OF COURT)

Theodoros Michaelidis vs David Weiss et al cv2025-066477
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

I Christopher Dortch, **being first duly sworn, depose and say that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service**

**Service** I served Daniel Weiss
NAME OF PERSON / ENTITY BEING SERVED

with (list documents)___

by leaving with Maschae Ivory (NAME) Administrative Assistant (RELATIONSHIP) At

☐ Residence___ ADDRESS CITY / STATE

☑ Business 41001 Grand River (ADDRESS) Novi, Michigan 48375 (CITY / STATE)

On 1/26/26 (DATE) AT 1 20pm (TIME)

☐ Inquired if subject was a member of the U S Military and was informed they are not

Thereafter copies of the documents were mailed by prepaid, first class mail on___ DATE

from___ CITY STATE ZIP

**Manner of Service**
☐ **Personal** By personally delivering copies to the person being served
☐ **Substituted at Residence** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers
☑ **Substituted at Business** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof
☐ **Posting** By posting copies in a conspicuous manner to the front door of the person/entity being served

**Non-Service** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ **Unknown at Address** ☐ **Moved, Left no Forwarding** ☐ **Service Cancelled by Litigant** ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist** ☐ **Other**___

**Service Attempts** Service was attempted on (1)___ DATE TIME (2)___ DATE TIME

(3)___ DATE TIME (4)___ DATE TIME (5)___ DATE TIME

**Description** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

[signature]
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 10th day of February, 2026 by___,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

[signature]
SIGNATURE OF NOTARY PUBLIC

LISA N REED
Notary Public State of Michigan
County of Wayne
My Commission Expires Oct 18 2029
Acting in the County of Wayne

NOTARY PUBLIC for the state of Michigan

NAPPS

FORM 2 NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# EXHIBIT 12

DL Investigations & Attorney Support LLC
7501 N 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

CLERK OF THE SUPERIOR COURT
FILED
S CLARK, DEP

2026 FEB 19 PM 2:28

Inv #
**165714**

**SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

**THEODORE MICHAELIDIS**

**Plaintiff / Petitioner,**

vs

**DANIEL WEISS; et al.**

**Defendant / Respondent**

NO **CV2025-066477**
CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action

**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from **HUDSON CHRISTMAS c/o Keist Thurston** on **1/21/26**, that I personally served copies of these documents on those named below in the manner and time and place shown, and except where noted, all services were made in Maricopa County, Arizona

**NAME** **DAVID JACOB WEISS aka JAKE WEISS AND JANE DOE WEISS**

**DATE & TIME** 1/26/26 1 05PM
**PLACE & MANNER** 29676 DORCHESTER CT, FARMINGTON, MI 48331, which is his/her usual place of abode
By serving DAVID WEISS, a person of suitable age and discretion residing therein, in person

**Statement of Costs**

| | |
|---|---|
| **Services** | $100 00 |
| **Mileage** | |
| **Sp Handl** | $70 00 |
| **Witness** | |
| **Advances** | |
| **Cert Prep** | $25 00 |
| **Other** | $135 00 |
| **Total** | $330 00 |

SKIP S/C

The above is covered by A R S as amended 41-314 & 11-45 and Rules 4, 5 and 45

# EXHIBIT 13

# Affidavit of Process Server

Superior Court of Arizona in Maricopa County
(NAME OF COURT)

Theodoros Michaelidis vs David Weiss et al - cv2025-066477
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE NUMBER

I Christopher Dortch, **being first duly sworn, depose and say that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service**

**Service** I served David Jacob Weiss
NAME OF PERSON / ENTITY BEING SERVED

with (list documents)________

by leaving with ________ At
NAME RELATIONSHIP

☑ Residence 29676 Dorchester CT Farmington, MI 48331
ADDRESS CITY / STATE

☐ Business________
ADDRESS CITY / STATE

On 1/26/26 AT 1 05pm
DATE TIME

☐ Inquired if subject was a member of the U S Military and was informed they are not

Thereafter copies of the documents were mailed by prepaid, first class mail on________
DATE

from________
CITY STATE ZIP

**Manner of Service**
☑ **Personal** By personally delivering copies to the person being served
☐ **Substituted at Residence** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers
☐ **Substituted at Business** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof
☐ **Posting** By posting copies in a conspicuous manner to the front door of the person/entity being served

**Non-Service** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ **Unknown at Address** ☐ **Moved, Left no Forwarding** ☐ **Service Cancelled by Litigant** ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist** ☐ **Other**________

**Service Attempts.** Service was attempted on (1)____ DATE TIME (2)____ DATE TIME

(3)____ DATE TIME (4)____ DATE TIME (5)____ DATE TIME

**Description** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

[signature]
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 12th day of February, 20 26 by ________,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

[signature] N. Reed
SIGNATURE OF NOTARY PUBLIC

LISA N. REED
Notary Public State of Michigan
County of Wayne
My Commission Expires Oct 18, 2029
Acting in the County of Wayne

NOTARY PUBLIC for the state of Michigan

NAPPS

FORM 2 NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# EXHIBIT 14

DL Investigations & Attorney Support LLC
7501 N 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

CLERK OF THE SUPERIOR COURT
FILED
S. CLARK, DEP
2026 JAN 26 AM 11:44

Inv. #
165686

SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

**THEODORE MICHAELIDIS**

Plaintiff / Petitioner,

vs

**DANIEL WEISS; et al.**

Defendant / Respondent.

ORIGINAL

NO CV2025-066477

CERTIFICATE OF SERVICE

Cherise Fussy, the undersigned certifies under penalty of perjury That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action

**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION**

from HUDSON CHRISTMAS c/o Keist Thurston on 1/20/26;
that I personally served copies of these documents on those named below in the manner and time and place shown, and except where noted, all services were made in Maricopa County, Arizona

**NAME:** WEISS CONSTRUCTION CO., c/o CT Corporation Systems

**DATE & TIME:** 1/20/26 1 13pm
**PLACE & MANNER:** 3800 N CENTRAL AVENUE STE 460 PHOENIX, AZ 85012, which is his/her place of business
By serving Desiree Gonzalez, Clerk, a person authorized to accept such service on their behalf, in person

Description of the Named Female, Age 30's, Ht 5' 5in, Wt 120, Eyes brown, Hair brown, Ethnicity Hisp

**Statement of Costs**

| | |
|---|---|
| Services | $16 00 |
| Mileage | $30 00 |
| Sp Handl | |
| Witness | |
| Advances | |
| Cert. Prep | $25 00 |
| Other | |
| Total | $71 00 |

**Affiant - Registered in Maricopa County**

The above is covered by A R S as amended 41-314 & 11-45 and Rules 4, 5 and 45

# EXHIBIT 15

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
2/20/2026 4:36:13 PM
Filing ID 21517965

Taft/

LAW OFFICES
TAFT STETTINIUS & HOLLISTER LLP
2555 EAST CAMELBACK ROAD, SUITE 1050
PHOENIX, ARIZONA 85016-4258
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600
Matthew A. Hesketh (AZ Bar No. 029319)
(MHesketh@TaftLaw.com)
*Attorneys for Defendant Daniel Weiss*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THEODOROS MICHAELIDIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WEISS and JANE DOE WEISS, husband and wife; JAKE WEISS and JANE DOE WEISS, husband and wife; WEISS CONSTRUCTION CO., a Michigan limited liability; JOHN and JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities,<br><br>Defendants. | Case No. CV2025-066477<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to Hon. Scott Minder) |

NOTICE IS HEREBY GIVEN that Taft Stettinius & Hollister LLP, by and through attorney Matthew A. Hesketh, will be representing Defendant Daniel Weiss in the above-captioned matter. It is respectfully requested that copies of all pleadings, notices, and other documents be sent to:

Matthew A. Hesketh
Taft Stettinius & Hollister LLP
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
Facsimile: (602) 240-6600
MHesketh@TaftLaw.com

RESPECTFULLY SUBMITTED February 20, 2026.

TAFT STETTINIUS & HOLLISTER LLP

By: */s/Matthew A. Hesketh*

Matthew A. Hesketh
2555 E. Camelback Road, Suite 1050
Phoenix, Arizona 85016
*Attorneys for Defendant Daniel Weiss*

**CERTIFICATE OF SERVICE**

ORIGINAL electronically filed
On February 20, 2026:

COPY of the foregoing emailed
on February 20, 2026 to:

Hudson A. Christmas
KEIST THURSTON, P.C.
23131 N. Lake Pleasant Parkway
Peoria, AZ 85383
hudson@ktolawfirm.com
wendy@ktplawfirm.com
*Attorneys for Plaintiff*

*/s/ Lori Hinkel*

# EXHIBIT 16

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
4/2/2026 9:47:26 AM
Filing ID 21771651

**KEIST THURSTON, P.C.**
Hudson A. Christmas, Esq. #037052
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383
Telephone: (623) 937-8888
Hudson@ktolawfirm.com
Wendy@ktolawfirm.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **THEODOROS MICHAELIDIS,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL WEISS and JANE DOE WEISS,** husband and wife; **JAKE WEISS and JANE DOE WEISS,** husband and wife; **WEISS CONSTRUCTION CO.**, a Michigan limited liability; **JOHN and JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities;**<br><br>Defendants. | Case No. CV2025- 066477<br><br>**FIRST AMENDED COMPLAINT - BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>(TIER 2-NOT SUBJECT TO COMPULSORY ARBITRATION) |

Plaintiff, Theodoros Michaelidis ("Plaintiff"), by and through his attorneys undersigned, and for the claims for relief against Defendants, DANIEL WEISS, JAKE WEISS, and WEISS CONSTRUCTION CO., alleges as follows:

//

**Parties, Jurisdiction and Venue**

1. Plaintiff is a married man residing in Maricopa County, Arizona.

2. At all times mentioned herein, Defendants, Daniel Weiss (hereinafter "Daniel Weiss") and Jane Doe Weiss, are husband and wife, and on information and belief are residents of Michigan, and remain such residents, and were acting on behalf of their respective marital community existing between said Defendants. Jane Doe Weiss is a fictitious name used to identify the wife of Daniel Weiss. At such time as the true identity of Jane Doe Weiss becomes known to Plaintiff, Plaintiff will seek leave of this Court to amend his Complaint to reflect the same.

3. At all times mentioned herein, Defendants, Jake Weiss (hereinafter "Jake Weiss") and Jane Doe Weiss, are husband and wife, and on information and belief are residents of Michigan, and remain such residents, and were acting on behalf of their respective marital community existing between said Defendants. Jane Doe Weiss is a fictitious name used to identify the wife of Defendant Jake. At such time as the true identity of Jane Doe Weiss becomes known to Plaintiff, Plaintiff will seek leave of this Court to amend this Complaint to reflect the same.

4. Defendant WEISS CONSTRUCTION CO. is a limited liability company organized and existing under the laws of the state of Michigan.

5. All acts complained of herein occurred in Maricopa County, Arizona.

6. All of the named Defendants herein, whether identified or designated as John



KEIST THURSTON LAW OFFICES

Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

Doe or Jane Doe, are intended to represent individuals acting either in their individual capacities, or as agents, representatives, directors, shareholders, or employees duly authorized and acting within their employment with regards to the transactions hereinafter alleged. Where applicable, each of the designations John Doe and Jane Doe as used herein are used for the purposes of identifying the unknown Defendants. Leave of Court is requested to substitute the true names as they are learned.

7. All acts herein alleged to have been done by the companies, corporations, partnerships and other business entities named herein were done by their duly authorized agents, directors, shareholders or employees acting within the scope of their employment or agency, and all acts herein alleged were agreed to and ratified by the individually named companies, corporations, partnerships and other business entities alleged herein. Each of the individually named companies, corporations, partnerships and other business entities alleged herein, whether identified or not, caused events to occur in the state of Arizona with the named Plaintiff. In the event that the type of business organization or the location of the headquarters or authorizing governmental unit of the corporation is unknown, such information will be supplied as it is learned by Plaintiffs.

8. In the event that the companies, corporations, partnerships and other business entities alleged herein were not duly authorized and legally constituted business entities, all actions taken on behalf of said organizations were done for and on behalf of the principals of said organizations, which principals are either identified herein or designated



KEIST THURSTON

Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

John and Jane Does 1-10 and which corporations or companies, if unknown at the time, are designated Entities 1-10. Leave is requested of the Court to add companies, corporations, partnerships and other business entities and additional named Defendants as they are learned.

9. The acts, omissions, representations, and understandings, agreements, and contracts hereinafter alleged were either done by, agreed to or ratified by all Defendants herein, whether named or unnamed, and all Defendants benefited either directly or indirectly from the acts, omissions, representations, understandings, agreements and contracts hereinafter alleged. As a result of the benefit derived and the agreement to or ratification of the acts, omissions, representations, understandings, agreements and contracts, Defendants are jointly and severally liable to Plaintiffs for the acts, omissions, representations, understandings, agreements, and contracts alleged herein.

10. All Defendants herein have individually and collectively caused events to occur in the State of Arizona in the County of Maricopa.

11. The amount in controversy satisfies the jurisdictional requirements of the Court.

12. Under A.R.S. § 12-401(1), this Court has venue, due to all of the defendants residing out of state, and the Plaintiff residing in Maricopa County.

13. This Court has subject matter jurisdiction pursuant to A.R.S. § 12-123.

14. This Court has personal jurisdiction over the Defendants pursuant to Arizona

Rules of Civil Procedure 4.2(a). Personal jurisdiction is appropriate, due to the fact that the current case arose from Defendants' meaningful contacts with Arizona. Plaintiff was employed with Defendants while residing in Arizona, and Arizona functioned as Plaintiff's main headquarters during his entire employment connection with Defendants. Defendant Jake Weiss flew out to Arizona specifically to meet Plaintiff and recruit Plaintiff to work for Defendant Weiss Co. Defendant Daniel Weiss permitted Plaintiff to work from his home office at Arizona in between jobs and frequently corresponded with Plaintiff while Plaintiff was working out of Arizona, even going so far as to call Plaintiff outside of business hours on multiple occasions when Plaintiff was with his family in Arizona.

15. Although Defendant Jake Weiss and Defendant Daniel Weiss were at all times alleged employed as officers within Defendant Weiss Co., the actions alleged within the Complaint include tortious actions that damaged Plaintiff. Further, Defendant Jake Weiss and Defendant Daniel Weiss either participated in the torts committed, had knowledge amounting to acquiescence of the torts committed, or were guilty of negligence in the management or supervision of the corporate affairs causing or contributing to the injury. See *Bischofshausen, Vasbinder, & Luckie v. D.W. Jaquays Min. & Equip. Contractors Co.*, 145 Ariz. 204, 210–11, 700 P.2d 902, 908–09 (Ct. App. 1985). Because of this, Defendant Jake Weiss and Defendant Daniel Weiss are personally liable for the events alleged herein.



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

## GENERAL ALLEGATIONS

16. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

17. On or about October of 2023, Plaintiff was first introduced to Weiss Construction Co. (hereafter "Weiss Co.") from a Headhunter who connected Plaintiff to then-acting President of Weiss Co., Tim Johnson.

18. Mr. Johnson then flew out to Arizona alongside Defendant Jake Weiss in order to personally meet with Plaintiff.

19. After flying out to Arizona, Mr. Johnson and Jake Weiss then had dinner with Plaintiff, where they attempted to recruit Plaintiff to join Weiss Co. in order to assist in the change of ownership of the company.

20. According to Mr. Johnson and Jake Weiss, they needed Plaintiff's skills and expertise to assist Weiss Co. as Defendant Daniel Weiss (the then acting CEO and Jake Weiss's father) was looking to retire from his role of Chief Executive Officer and have Jake Weiss step in as owner in spring of 2024, while Mr. Johnson would assume the role of CEO for Weiss Co. in Daniel Weiss's place.

21. Mr. Johnson and Jake Weiss then made certain promises to Plaintiff that if he started working at Weiss Co., he would start in the role of Vice President of Operations but would later be promoted to the role of Chief Operating Officer.

22. Mr. Johnson and Jake Weiss also promised that they would work closely



KEIST THURSTON LAW OFFICES

Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

KEIST THURSTON

with Plaintiff to effectively bring about the change in ownership in Weiss Co. that they had already described.

23. According to Mr. Johnson and Jake Weiss, the transfer of the company and all its assets from Daniel Weiss would be completed by the end of January 2024.

24. Mr. Johnson and Jake Weiss also promised Plaintiff that despite the job's listing as "in person" at Weiss Co.'s office in Novi, Michigan, Plaintiff would be given ample time to work from his home office in Arizona in order to assist in home duties and care for his spouse.

25. After further negotiations and promises were exchanged, Plaintiff was sent and executed an Offer Letter (hereafter "Agreement", see **Exhibit A**), which was dated October 26, 2023. The Agreement was signed by Jake Weiss, who, on the date of signing, was listed as Business Administrator for Weiss Co. Plaintiff signed and returned the offer letter on October 27, 2023, thus finalizing the contract between the parties, and beginning Plaintiff's employment at Weiss Co.

26. Under the terms of the Agreement, the Plaintiff was to be employed by Weiss Co. as the VP of Operations, until January 1, 2025, at which point he would be promoted to the role of Chief Operating Officer.

27. Plaintiff was also to report directly to the President, Tim Johnson, during his employment with Weiss Co.

28. While Plaintiff's position was listed as an in-person position at Weiss Co.'s



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

Novi office in Michigan, Plaintiff had gotten permission from Mr. Johnson and Jake Weiss prior to the start of Plaintiff's employment, and also from Daniel Weiss later in his employment, to work out of his home office in Arizona.

29. Under Section 1 of the Agreement, Plaintiff would receive $250,000 as a yearly salary.

30. Under Section 2 of the Agreement, Plaintiff's yearly salary would be increased to $275,000 in January 1, 2025, which did occur.

31. Under Section 3 of the Agreement, Plaintiff would receive a "guaranteed 2025 bonus" of "20% of base pay." As of today's date, Plaintiff has not received this bonus.

32. Under Section 5 of the Agreement, Plaintiff would receive a three-week paid vacation each year.

33. Under the Section marked "Termination" in the Agreement, Plaintiff was entitled to be paid all unused vacation upon being terminated.

34. Under Section 12 of the Agreement, Plaintiff would be offered 6 months of base pay and COBRA as severance "in the event of termination for other than Cause."

35. At the time of execution, Daniel Weiss was and continues to be the CEO of Defendant Weiss Co.

36. Jake Weiss no longer functions under the role of Business Administrator for Defendant Weiss Co. but has been promoted and functions as Defendant Weiss Co.'s



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

Director of Corporate Development.

37. After beginning work with Weiss Construction immediately after signing, Plaintiff began attempting to assist Mr. Johnson and Jake Weiss in his role as VP of Operations.

38. However, after beginning employment with Weiss Co., Plaintiff found that the duties of his role were not as originally promised and were constantly changing. Instead of being given the responsibility of managing company operations with direct reports to Mr. Johnson and Jake Weiss, Plaintiff found himself constantly being asked to fly around the United States to assist in the task of mending various business relationships with organizations in order to satisfy the bonding agency after said business relationships were strained by the actions or omissions of Mr. Johnson, Jake Weiss, or other Weiss Co. employees.

39. Due to the fact that the assurances made by Mr. Johnson and Jake Weiss prior to the start of employment were not occurring, Plaintiff attempted to reach out to both parties to receive further clarification as to his role as VP of Operations. However, Plaintiff was largely met with increasing confusion as his request was met with silence and his role continued to shift from the responsibilities that were originally promised to him by Mr. Johnson and Jake Weiss prior to his employment.

40. Plaintiff was personally introduced to Daniel Weiss at a work Christmas party in 2023.



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

KEIST THURSTON LAW OFFICES

41. After receiving a lack of clarification on his role as VP of Operations and seeing the problematic aspects of Mr. Johnson's and Jake Weiss's business dealings at Weiss Co., Plaintiff began reaching out to Daniel Weiss personally and request clarification of his role.

42. After communicating with Plaintiff, Daniel Weiss then personally invited Plaintiff to dinner where they discussed the issues that Plaintiff faced under the leadership of Mr. Johnson and Jake Weiss.

43. On December 31, 2024, Defendant Daniel Weiss asked Plaintiff to no longer report to Mr. Johnson and Jake Weiss and instead assist Defendant Daniel Weiss in repairing various issues with the bonding agency tied to Weiss Co.

44. After discussing the matter with Daniel Weiss and receiving various promises and assurances from Daniel Weiss, Plaintiff accepted the changes in role and responsibilities offered by Daniel Weiss.

45. Plaintiff was specifically told by Daniel Weiss to no longer report to Mr. Johnson, despite what was originally stated in the executed Agreement.

46. Representations regarding the executed Agreement were referenced by Daniel Weiss in order to get Plaintiff's compliance with the new responsibilities that Daniel Weiss desired him to fulfill.

47. After receiving Plaintiff's consent, Daniel Weiss then utilized Plaintiff personally to assist Daniel Weiss in ensuring that Weiss Co.'s bonding agency would not



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

terminate their surety bonds due to Weiss Co.'s consistent failure to meet contractual obligations as well as Weiss Co.'s poor project performance.

48. Daniel Weiss would consistently task Plaintiff to travel to various project sites and smooth over problems on behalf of himself and Weiss Co. that had been brought up by various project owners.

49. Throughout this time, Daniel Weiss allowed Plaintiff to work from his home office when not traveling to various projects, rather than the office in Novi, Michigan.

50. Daniel Weiss would constantly communicate with Plaintiff, routinely calling Plaintiff when Plaintiff was working from his home office in Arizona to discuss the various bonding issues that were arising throughout the company.

51. Daniel Weiss would even call Plaintiff outside of business hours when Plaintiff was with his family in Arizona to discuss various business matters and get Plaintiff's advice and expertise.

52. Daniel Weiss specifically attempted to separate Plaintiff from interacting with either Mr. Johnson or Jake Weiss.

53. Daniel Weiss would even go so far as to fly Plaintiff out to Michigan on multiple occasions and meet Daniel Weiss for dinner outside of the office at Novi. This was in order to ensure that Mr. Johnson and Jake Weiss would not be aware of the tasks assigned to Plaintiff by Daniel Weiss.



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

KEIST THURSTON

54. On multiple occasions, Daniel Weiss urged Plaintiff to lie about Weiss Co.'s bad actions on various project sites in order to smooth things over with project owners, the bonding agency, or insurance companies. In one instance, after employees of Weiss Co. severed a fiberoptics cable, Plaintiff was told by Daniel Weiss to falsely state to the insurance company that Weiss Co. had never been informed about the existence of the fiberoptics cable in order to avoid potential trouble with the insurance company. Plaintiff was asked to state this, despite the fact that Weiss Co. and Daniel Weiss were notified earlier in the project about the existence and exact location of the fiberoptics cable.

55. Plaintiff continued working as an employee of Weiss Co. and continued to personally work with Daniel Weiss until October 10, 2025, when Plaintiff was sent a termination letter from Weiss Co. (see **Exhibit B**), stating that his position had "been eliminated effective immediately." The termination letter did not reference that the termination was for cause, nor did it reference any bad actions on the part of Plaintiff that were the cause of termination.

56. Plaintiff then immediately reached out to Daniel Weiss who stated that the reason for the termination was the company's financial problems, and that the termination was not due to any wrongdoing on Plaintiff's part.

57. Plaintiff was also told by Daniel Weiss that he would be receiving none of the severance payment, the unused vacation payment, or the "guaranteed" 2025 bonus,



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

despite what was stated in the Agreement.

58. As of today's date, Plaintiff has still not received the severance payment, the COBRA payment, the unused vacation payment, or the "guaranteed" 2025 bonus.

59. As of today's date, Defendant Weiss Co. has not declared bankruptcy and upon information and belief, the officers of Defendant Weiss Co., including Defendant Daniel Weiss and Defendant Jake Weiss, are still receiving distributions from Weiss Co.

60. Despite denying Plaintiff the payments secured by the contract between the parties, Defendant Weiss Co. has also distributed severances to other employees who have had their positions at Weiss Co. terminated.

61. Currently, more than $200,000.00 is owed to Plaintiff by Defendants, due to Defendants' unlawful refusal to honor the Agreement between the parties and pay Plaintiff his severance payment, COBRA payments, the unused vacation payment, or the "guaranteed" 2025 bonus. Plaintiff's damages will continue to grow as the case continues.

## I. Count I - Breach of Contract

## (As to all Defendants)

62. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

63. The parties entered into an agreement for Plaintiff's employment. The parties executed the Agreement dated on or about October 27, 2023.

64. Defendants' actions as described herein constitute a breach of the contract



KEIST THURSTON

Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

between the Parties.

65. Plaintiff did not violate his performance of the contract, as he properly performed his employment at Defendant Weiss Co. and was specifically told by Defendant Daniel Weiss that his termination occurred only because of Defendant Weiss Co.'s financial problems.

66. Defendants have not paid the agreed upon amount and have refused to honor the Agreement. Due to Defendants' clear breach of the contract, Plaintiff has not received the benefit of the Agreement.

67. Undersigned Counsel has reached out to Defendants to no avail.

68. Plaintiff has been damaged in the amount of more than $200,000.00, and Plaintiff's damages continue to grow with every day that passes after Defendants' breach. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

69. Plaintiff also seeks costs and attorneys' fees pursuant to A.R.S. §12-341.01, and any other applicable basis.

**II. Count II - Breach of Implied Covenant of Good Faith and Fair Dealing**

**(As to all Defendants)**

70. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

71. The Contact between Plaintiff and Defendants includes an implied covenant



KEIST THURSTON LAW OFFICES

of good faith and fair dealing, which imposes on all parties the duty to not do anything to impair the right of the other to receive the benefits that flow from their agreement or contractual relationship.

72. Defendants have materially breached the covenant of good faith and fair dealing by refusing to honor the Agreement and withholding the agreed upon payment from Plaintiff.

73. Defendants refused to pay Plaintiff despite continuing to pay other employees and officers of Defendant Weiss Co. ongoing salaries, distributing severance payments to other terminated employees, and continuing to authorize distributions to officers within Defendant Weiss Co. Despite this, Defendants claim that their financial situation does not allow them to make the payments stated within the Agreement. Even if Defendants' claims about limited finances are true, Defendants' financial decisions within the company are impairing the right of the Plaintiff to receive the benefits that flow from the Agreement.

74. Plaintiff has been damaged in the amount of more than $200,000.00, and Plaintiff's damages continue to grow with every day that passes after Defendants' unlawful refusal to honor the Agreement. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

75. Plaintiff also seeks costs and attorneys' fees pursuant to A.R.S. §12-341.01,



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

and any other applicable basis.

**III. Count III – Fraudulent Misrepresentation**

**(As to all Defendants)**

76. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

77. Under Arizona law, a claim of fraudulent misrepresentation "requires a false material representation made with the speaker's knowledge of its falsity or ignorance of its truth and with the intent that it be acted upon by the listener; the listener's ignorance of its falsity, reliance on its truth, and right to rely on its truth; and consequent and proximate injury." *Dillon v. Zeneca Corp.*, 202 Ariz. 167, 172, 42 P.3d 598, 603 (Ct. App. 2002).

78. Defendants made representations to Plaintiff within the parties' Agreement and prior to executing the Agreement that Plaintiff would be receiving a severance payment, any unused vacation payment, COBRA payments, and a "guaranteed" 2025 bonus, if Plaintiff were to be terminated from his employment with Defendant Weiss Co.

79. Throughout Plaintiff's employment with Defendant Weiss Co., all Defendants consistently referenced and made assurances regarding the parties' Agreement and the stipulations within, including the various benefits if Plaintiff were ever terminated.

80. The statements and representations were material as Plaintiff would have



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

never agreed to be employed at Weiss Co without the representations of the termination benefits.

81. The statements and representations were false as Defendants never planned on complying with the representations made to Plaintiff. This is shown in the fact that despite Defendants claiming financial insolvency of Defendant Weiss Co., Defendant Weiss Co. continues to pay other employees and officers of Defendant Weiss Co., Defendant Weiss Co. has made multiple severance payments to other terminated employees, and Defendant Weiss Co. has continued to authorize distributions to officers within the company (which include Defendant Daniel Weiss and Defendant Jake Weiss).

82. Defendants were either aware of the decision to not comply with the representations made or continued to make the false representations in ignorance of whether or not they were true.

83. Defendants made and continued to make the false representations with the intent that it should be acted upon by Plaintiff in the manner reasonably contemplated as the statements were made during the employment negotiation process. The representations were also made during Plaintiff's employment when Defendant Daniel Weiss was attempting to get Plaintiff's compliance with Daniel Weiss's desired change to Plaintiff's role and responsibilities.

84. Plaintiff was ignorant of the falsity of the representations and reasonably relied upon the truthfulness of the representations in order to secure employment with



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

Defendant Weiss Co. and when Defendant Daniel Weiss was seeking Plaintiff's compliance in order to change Plaintiff's role and responsibilities within the company.

85. Plaintiff had a right to rely on the assurances and representations made by the Defendants as the representation and assurances came from Defendant Weiss Co.'s executive officers.

86. Plaintiff was damaged because of the fraudulent representations of the Defendants as he was employed and continued in employment with Defendant Weiss Co. despite Defendants' plans for noncompliance with the representations made. Upon terminating Plaintiff's employment, Defendants denied Plaintiff the agreed upon payments, leaving Plaintiff without a job and without the financial compensation that was promised in the event of a termination.

87. Plaintiff has been damaged in the amount of more than $200,000.00, and Plaintiff's damages continue to grow with every day that passes. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

**IV. Count IV – Negligent Misrepresentation**

**(As to all Defendants)**

88. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

89. Under Arizona law, a claim of negligent misrepresentation occurs when



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

> One who, in the course of his business, profession or employment, or in any other transaction in which he has a pecuniary interest, supplies false information for the guidance of others in their business transactions, is subject to liability for pecuniary loss caused to them by their justifiable reliance upon the information, if he fails to exercise reasonable care or competence in obtaining or communicating the information.

See *St. Joseph's Hosp. & Med. Ctr. v. Rsrv. Life Ins. Co.*, 154 Ariz. 307, 312, 742 P.2d 808, 813 (1987).

90. Defendants provided false statements and information to Plaintiff during the employment negotiation and during Plaintiff's employment at Weiss Co. in order to secure Plaintiff's employment at Weiss Co. and in order to secure Plaintiff's compliance with Defendant Daniel Weiss's desire to change Plaintiff's roles and responsibilities within Weiss Co during Plaintiff's employment. These statements were made by the Defendants in the course of their business, profession, employment, or a transaction in which they held a pecuniary interest.

91. These false statements and information centered on the assurances that Plaintiff would be receiving a severance payment, any unused vacation payment, COBRA payments, and a "guaranteed" 2025 bonus, if Plaintiff were to be terminated from his employment with Defendant Weiss Co.

92. The statements and representations were false as Defendants either did not comply or were not capable of financially complying with the assurances made to Plaintiff.



KEIST THURSTON

Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

93. Defendants made the false statements and representations with the intent that Plaintiff would rely on the false assurances, or that Plaintiff would reasonably rely on the false assurances.

94. Defendants failed to exercise reasonable care in obtaining or confirming the truthfulness of the representations and assurances prior to communicating those assurances to the Plaintiff.

95. The Plaintiff justifiably relied on the false assurances and representations given to him by the Defendants.

96. Plaintiff was damaged because of the false assurances of the Defendants as he was employed and continued in employment with Defendant Weiss Co. despite Defendants' plans for noncompliance or inability to comply with the representations made. Upon terminating Plaintiff's employment, Defendants denied Plaintiff the agreed upon payments, leaving Plaintiff without a job and without the financial compensation that was promised in the event of a termination.

97. Plaintiff has been damaged in the amount of more than $200,000.00, and Plaintiff's damages continue to grow with every day that passes. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

//

//



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

KEIST THURSTON

**V. Count V – Violation of A.R.S. § 23-355**

**(As to all Defendants)**

98. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

99. Under Arizona Revised Statutes § 23-355, an employer is liable for treble damages when an employer fails to pay wages due to the employee.

100. Here, Defendant Weiss Co. was the company that Plaintiff was working for throughout the employment relationship. Plaintiff was also an employee of Defendant Jake Weiss as demonstrated by the fact that Defendant Jake Weiss was an officer at Weiss Co. at the time of Plaintiff's employment and Plaintiff was specifically hired by Defendant Jake Weiss to assist him in the acquisition of the business from Defendant Daniel Weiss. Plaintiff was also an employee of Defendant Daniel Weiss as Defendant Daniel Weiss was an officer at Weiss Co. at the time of Plaintiff's employment and Plaintiff roles and responsibilities were changed by Defendant Daniel Weiss to personally assist Defendant Daniel Weiss in the repair of various business relationships.

101. Defendants failed to pay Plaintiff's wages, the various benefits upon termination that were due to him as an employee under the terms of the Agreement.

102. Defendants' refusal to pay Plaintiff the wages that were due to him constitute a violation of Chapter 2 of Title 23 of the Arizona Revised Statutes.

103. Pursuant to A.R.S. § 23-355, Plaintiff is entitled to treble damages and has



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

been damaged in the amount of more than $200,000.00, and Plaintiff's damages continue to grow with every day that passes. Plaintiff's damages also include all fees and costs incurred for instituting this action and other direct and consequential damages in amounts to be proven at trial.

## VI. Punitive Damages

**(As to all Defendants)**

104. Plaintiff incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

105. Under Arizona law, punitive damages are recoverable where a defendant acts with an "evil mind," meaning the defendant either (1) intended to cause injury, or (2) consciously pursued a course of conduct knowing it created a substantial risk of significant harm to others. *Linthicum v. Nationwide Life Ins. Co.*, 150 Ariz. 326, 331 (1986); *Rawlings v. Apodaca*, 151 Ariz. 149, 162 (1986).

106. Defendants intentionally violated the Agreement, knowing that the termination of Plaintiff without any of the agreed upon terminated benefits, or any severance whatsoever, would immediately impact Plaintiff's ability to financially provide for himself or his family due to the complete and unexpected lack of income. Defendants' actions here either intended to cause Plaintiff injury or were done knowing that these actions would create a substantial risk of significant harm to Plaintiff as Plaintiff was suddenly left without the income to pay for his family's daily expenses.



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

107. Therefore, Plaintiff requests an award of punitive damages against the Defendants in an amount sufficient to punish Defendants for the intentional and reckless conduct against Plaintiff and to deter Defendants and others from committing similar acts and omissions.

## VII. Prayer for Relief

**WHEREFORE** Plaintiff prays the Court enter judgment against Defendant as follows:

A. For an award of damages for breach of contract and breach of covenant of good faith and fair dealing in an amount to be determined at trial;

B. For compensatory, incidental, and consequential damages in an amount to be proven at trial, but not less than $200,000.00;

C. For an award of treble damages pursuant to A.R.S. § 23-355;

D. For punitive damages against Defendants;

E. For Plaintiff's reasonable attorney's fees and costs herein and, in the event judgment is obtained by default, for reasonable attorneys' fees and costs in the amount of $10,000.00;

F. For post judgment interest at the legal rate;

G. For attorneys' fees and costs pursuant to A.R.S. §§12-341 and -341.01;

H. For any further relief this Court deems just.

//



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

**RESPECTFULLY SUBMITTED** this 30th day of March 2026.

**KEIST THURSTON, P.C.**

***Hudson Christmas, Esq.***
*Attorneys for Plaintiff*

**VERIFICATION**

I am Theodoros Michaelidis. I have read the Verified Complaint and the factual statements contained therein are true and correct to the best of my knowledge and information.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: 03 / 30 / 2026

THEODOROS MICHAELIDIS



Doc ID: df86eb8bbf39698d74c036bd02ec8b25b6cfa019

Dropbox Sign

# Audit trail

| | |
|---|---|
| Title | 03162026 Amended Complaint Michaelidis.pdf |
| File name | 03162026_Amended_...t_Michaelidis.pdf |
| Document ID | df86eb8bbf39698d74c036bd02ec8b25b6cfa019 |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

**This document was requested on ktolaw.cliogrow.com and signed on ktolaw.cliogrow.com**

## Document History

| | | |
|---|---|---|
| SENT | **03 / 30 / 2026** 16:09:15 UTC | Sent for signature to Theodoros Michaelidis (greekted@hotmail.com) by services@clio.com acting on behalf of hudson@ktolawfirm.com IP: 184.191.23.107 |
| VIEWED | **03 / 30 / 2026** 17:44:20 UTC | Viewed by Theodoros Michaelidis (greekted@hotmail.com) IP: 72.201.27.77 |
| SIGNED | **03 / 30 / 2026** 17:46:03 UTC | Signed by Theodoros Michaelidis (greekted@hotmail.com) IP: 72.201.27.77 |
| COMPLETED | **03 / 30 / 2026** 17:46:03 UTC | The document has been completed. |

# Exhibit A

**WEISS CONSTRUCTION**
**41001 GRAND RIVER AVE**
**NOVI, MI 48375**
**TEL: (313) 567-4500 FAX: (313) 567-7635**

October 26th, 2023

Ted Michaelidis
greekted@hotmail.com
480-909-7864
**Offer Letter**

Ted,

Weiss Construction is pleased to offer you a position on behalf of the Weiss Group as VP of Operations.

If you choose to accept the offer, you will report directly to the President. This position is in person at our Novi office and will require substantial travel to and from various company offices and job sites on an as needed basis.

The offer is subject to background checks and a pre-employment drug screen, which will be set up prior to your start date.

This position will be classified as Exempt within regulations set by the Fair Labor Standards and is not eligible for overtime payment. Your annual Salary will be $250,000 per year, paid bi-weekly. In addition to your base salary, you will be eligible for a bonus of 25% of your base salary after your first year of employment. Typically, bonuses are offered at the end of the year and on occasion we offer mid-year bonuses.

If you elect to accept **WCC's Health Insurance, which is paid completely by Weiss**, this will save you approximately **$8,000 - $10,000 per year** in premium costs. Depending on the number of insured, and being at "Gold Level", with no monthly payment by the employee, we feel this is a great benefit to you and your family.

You will be eligible for Medical Insurance on the first day of the month following completing a minimum of 30 days of employment. For example, if you start on April 17, 2023, you would be eligible for Medical, Dental, and Vision Insurance on June 01, 2023. Again, there is no payroll deduction for this benefit, WCC pays 100% of the monthly premiums for your Health Insurance, which is provided by Blue Cross Blue Shield and the Dental and Vision Insurance is provided by MetLife.

You will also be eligible for Weiss' 401K, Profit Sharing, and FSA, which are all maintained by the company but funded by the employee. Company Profit Sharing is typically disbursed between July and September of each year. The profit sharing is a percentage of your base salary including bonus, which has been between 3-9% over the past six years. Weiss will offer a "Safe Harbor" commitment of 3% annually regardless of company's financial position.

WCC offers Paid Vacation of Three Weeks (No more than one total "banked" week can be carried to the following year) and 5 days for Personal Time Off (Sick Days). In addition, you will receive eight paid Holidays per calendar year.

**WEISS CONSTRUCTION**
**41001 GRAND RIVER AVE**
**NOVI, MI 48375**
**TEL: (313) 567-4500 FAX: (313) 567-7635**

Ted,

WCC is pleased to offer to you the following compensation package:

1. **Annual Base Salary:** $250,000 paid in twenty-six pay periods (every two weeks)

2. **Base Salary Increase:** $25,000 base salary increase guaranteed upon a successful integration during 2024. Additionally, your title will change to "Chief Operating Officer" effective 1/1/2025.

3. **Bonus Compensation:**
   a. 1st year guaranteed 2024 bonus: 25% of base pay
   b. 2nd year guaranteed 2025 bonus: 20% of base pay
   c. 2026 and onward to be defined in 2024 via performance based incentive program

4. **Profit Sharing:** Completely at the Company's discretion (minimum 3%).
   - Past History over the last 25 years 2 to 10%
   - Participation & Vesture per Company Program and Federal Requirements.

5. **Vacation:** Three-week paid vacation.

6. **Holidays:** WCC celebrates eight paid holidays per year: New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day, Day after Thanksgiving; Christmas Eve, and Christmas Day.

7. **Sick Days:** WCC employees have five (5) PTO days available each year which can only be used for sick time, doctor/dentist appointments, court hearing, and childcare. Unused sick time cannot be rolled over to the next year, nor is it paid if not used. Your sick time in 2023 would be prorated based on your start date.

8. **Medical/Life/Dental/Vision Insurance:** WCC will pay 100% of your monthly medical insurance premiums (Employees pay zero % of the monthly medical insurance premiums). We currently participate in a Gold Level, PPO (BC/BS). Dental & Vision is currently with MetLife Group. Life (Burial) Insurance is in the amount of $50,000 for the employee. Short-Term/Long-Term Disability Insurance will be issued as well.

9. Access to WCC **401k** and **FSA**: Both maintained by WCC for employee benefit and to be funded by the employee. You will be eligible for 401K at the next company enrollment period.

10. **Vehicle Allowance:** $500/month.

11. **Laptop** computer will be issued.

12. **Severance** will be offered in the event of termination for other than Cause. This will include six (6) months of base pay and COBRA.

13. **Signing Bonus:** $35,000 signing bonus to be paid out in two equal installments. $17,500 paid on January 1st 2024, $17,500 paid on April 1st 2024. This amount is fully refundable to employer if employee departs for any reason within 24 months of start date.

WEISS CONSTRUCTION
41001 GRAND RIVER AVE
NOVI, MI 48375
TEL: (313) 567-4500 FAX: (313) 567-7635

Ted, your expected start date for this new position will be November 27th, 2023 if you elect to accept a position with Weiss.

**Non-Disclosure/Non-Compete Agreement:** As a condition of employment, you will be required to execute a Non-disclosure/Non-compete Agreement provided by WCC upon acceptance of this offer only applicable upon leaving the company.

**Termination**: This is "At Will" Employment and is subject to termination by either party, with or without cause, in which case, any potential bonus is forfeited, and profit sharing is disbursed per the Plan. In the event the employee is terminated for cause, any unpaid and accumulated vacation will be forfeited. In the event the employee is released without cause, all unused vacation will be paid.

**Non-Disclosure & Confidentiality**: Because the employee will be privy to the confidential and proprietary information of the Company, the employee agrees that following termination of his/her employment for any reason (except as a direct result of a need for a reduction in work forces for economic reasons), and the employee accepts employment with a direct competitor of the Company, then the employee will not compete, interfere with or transfer proprietary information with respect to any project, proposal or other Company endeavor that the employee has been involved with during the term of employment. This agreement to not compete shall be specifically enforceable. Non-disclosure shall be enforceable in perpetuity regardless of the reason for termination.

Ted, we are enthusiastic about you joining our company as a valued team member and are confident that the rewards and opportunities that we have to offer will support your career objectives.

***Acceptance***: Please Acknowledge your acceptance of this offer by signing below. This offer expires on October 27th, 2023, at close of business. Welcome to the Weiss team!

[signature] 10.27.23

Theodoros (Ted) Michaelidis Date

Sincerely,

Jake Weiss

[signature]

Business Administrator
Weiss Construction Co.

CC: Tim Johnson

# Exhibit B

WEISS

October 10, 2025

Theodoros Michaelidis

10243 W Bent Tree Dr.

Peoria Arizona 85383

RE: Notice of Employment Termination

Dear Ted,

This letter confirms that your position with Weiss Construction Company has been eliminated, effective immediately.

Your benefits coverage will end today, October 10, 2025. You will receive a separate notice detailing your rights regarding continuation of health coverage under COBRA.

Your final paycheck will include all wages earned through today.

We appreciate your contributions to Weiss Construction and wish you continued success in your future endeavors.

If you have any questions, please contact Ewaynia Brown, HR Manager, at (248) 417-5714 or via email at ebrown@weissconstruction.com.

Thank you,

*Ewaynia Brown*

Ewaynia Brown

HR Manager

Weiss Construction

# EXHIBIT 17

Clerk of the Superior Court
*** Electronically Filed ***
A. Nasui, Deputy
4/6/2026 6:01:48 PM
Filing ID 21795235

**KEIST THURSTON, P.C.**
Hudson A. Christmas, Esq. #037052
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383
Telephone: (623) 937-8888
Hudson@ktolawfirm.com
Wendy@ktolawfirm.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| **THEODOROS MICHAELIDIS,** an individual,<br>Plaintiff,<br><br>vs.<br><br>**DANIEL WEISS and JANE DOE WEISS,** husband and wife; **JAKE WEISS and JANE DOE WEISS,** husband and wife; **WEISS CONSTRUCTION CO.,** a Michigan limited liability; **JOHN and JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities;**<br><br>Defendants. | Case No. CV2025-066477<br><br>**ACCEPTANCE OF SERVICE BY ATTORNEY FOR DEFENDANT DANIEL WEISS** |

Attorney for ~~Respondent,~~ Daniel Weiss Matthew A. Hesketh, Esq., expressly acknowledges acceptance of service on behalf of Defendant, DANIEL WEISS, of the *First Amended Complaint -Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing*, filed ~~March 31, 2026~~ April 2, 2026.

DATED this 2 day of April, 2026

Matthew A. Hesketh, Esq.

**RESPECTFULLY SUBMITTED** this 6th day of April, 2026.

**KEIST THURSTON, P.C.**

***Hudson Christmas, Esq.***
*Attorneys for Plaintiff*

**ORIGINAL FILED** with the Clerk this 6th day of April, 2026

**COPIES** delivered via electronic transmission to:

Honorable Scott Minder
Maricopa County Superior Court

And

Matthew Hesketh, Esq.
mhesketh@taftlaw.com
**Counsel for Defendant Daniel Weiss**

Sean M. Carroll, Esq.
scarroll@clarkhill.com
**Counsel for Defendant David Jacob (Jake) Weiss**



KEIST THURSTON

/s/ *Wendy Lancaster*

---

KEIST THURSTON

# EXHIBIT 18

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

ORIGINAL

CLERK OF THE SUPERIOR COURT
FILED
A. CLARK, DEP
2026 APR 09 PM12:44

Inv. #
166932

SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

**THEODORE MICHAELIDIS**

Plaintiff / Petitioner,

vs.

**DANIEL WEISS; et al.**

Defendant / Respondent.

NO. CV2025-066477
CERTIFICATE OF SERVICE

Cherise Fussy, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**FIRST AMENDED COMPLAINT- BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

from HUDSON CHRISTMAS c/o Keist Thurston on 4/6/25; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** WEISS CONSTRUCTION, CO c/o CT CORPORATION, ATTN: LAURA BRODERICK

**DATE & TIME:** 4/7/2026 12:27pm
**PLACE & MANNER:** 3800 N. CENTRAL AVE, STE 460, PHOENIX, AZ 85012, which is his/her place of business. By serving Desiree Gonzales, Agent, a person authorized to accept such service on their behalf, in person.

Description of the Named: Female, Age: 30's, Ht: 5' 4in., Wt: 120, Eyes: Brown, Hair: Brown, Ethnicity: Hispanic

**Affiant - Registered in Maricopa County**

**Statement of Costs**

| | |
|---|---|
| Services | $16.00 |
| Mileage | $30.00 |
| Sp. Handl. | |
| Witness | |
| Advances | |
| Cert. Prep | $25.00 |
| Other | |
| Total | $71.00 |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

# EXHIBIT 19

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
4/6/2026 4:33:30 PM
Filing ID 21794636

Sean M. Carroll, (#027171)
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
Email: scarroll@clarkhill.com
*Attorneys for Defendant Jake Weiss*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THEODOROS MICHAELIDIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WEISS and JANE DOE WEISS, husband and wife; JAKE WEISS and JANE DOE WEISS, husband and wife; WEISS CONSTRUCTION CO., a Michigan limited liability; JOHN AND JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities;<br><br>Defendants. | Case No. CV2025-066477<br><br>**WAIVER OF SERVICE** |

**TO:** Husdon A. Christmas, Esq.
**KEIST THURSTON P.C.**
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383

Pursuant to Ariz.R.Civ.P. 4(f)(1) and Ariz. R.Civ.P. 12(a)(1)(A)(ii), I acknowledge receipt of your request that I waive service of the First Amended Complaint and Summons in the above-captioned action on behalf of Defendant David Jacob Weiss ("Jake Weiss" or "Defendant"). I have received a copy of the First Amended Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver of service to you without cost to me.

Pursuant to Ariz.R.Civ.P. 4.1(c)(1) I agree to save the cost of service of the Summons and additional copy of the Complaint in this lawsuit by not requiring that Defendant be served with judicial process in the manner provided by the Arizona Rules of Civil Procedure.

Defendant will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the same.

I understand that a judgment may be entered against Defendant if an answer or motion under Ariz.R.Civ.P. 12 is not served upon you within sixty (60) days after June 1, 2026.

**DATED** this 2nd day of April, 2026.

**CLARK HILL PLC**

By: ______________________
Sean M. Carroll
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
*Attorneys for Defendant Jake Weiss*

**COPY** of the foregoing emailed this
2nd day of April, 2026, to:

Husdon A. Christmas, Esq.
**KEIST THURSTON P.C.**
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383
Hudson@ktolawfirm.com
Wendy@ktolawfirm.com
*Attorneys for Plaintiff*



1023024\287230470.v1

# EXHIBIT 20

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2025-066477 | **Judge:** | Minder, Scott |
| **File Date:** | 12/17/2025 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Theodoros Michaelidis | Plaintiff | Male | HUDSON CHRISTMAS |
| Daniel Weiss | Defendant | Male | Matthew Hesketh |
| Jake Weiss | Defendant | Male | Pro Per |
| Weiss Construction Co | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 4/9/2026 | AFS - Affidavit Of Service | 4/14/2026 | |
| 4/6/2026 | WSS - Waiver Of Service Of Summons | 4/7/2026 | |
| **NOTE:** | WAIVER OF SERVICE | | |
| 4/6/2026 | ACS - Acceptance Of Service | 4/7/2026 | |
| **NOTE:** | ACCEPTANCE OF SERVICE BY ATTORNEY FOR DEFENDANT DANIEL WEISS | | |
| 4/2/2026 | AMC - Amended Complaint | 4/3/2026 | |
| **NOTE:** | | | |
| FIRST AMENDED COMPLAINT - BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING | | | |
| 3/31/2026 | AMC - Amended Complaint | 4/1/2026 | |
| **NOTE:** | | | |
| FIRST AMENDED COMPLAINT - BREACH OF CONTRACT, BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING | | | |
| 2/20/2026 | NAR - Notice Of Appearance | 2/23/2026 | |
| **NOTE:** | Notice of Appearance / EFILE BILLING $263 | | |
| 2/19/2026 | AFS - Affidavit Of Service | 2/25/2026 | |
| **NOTE:** | DAVID JACOB WEISS AND JANE DOE WEISS | | |
| 2/19/2026 | AFS - Affidavit Of Service | 2/25/2026 | |
| **NOTE:** | DANIEL WEISS | | |
| 1/26/2026 | AFS - Affidavit Of Service | 1/30/2026 | |
| **NOTE:** | WEISS CONSTRUCTION CO | | |
| 12/17/2025 | COM - Complaint | 12/17/2025 | |
| **NOTE:** | Complaint-Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing | | |
| 12/17/2025 | CSH - Coversheet | 12/17/2025 | |
| **NOTE:** | Civil Cover Sheet | | |
| 12/17/2025 | CCN - Cert Arbitration - Not Subject | 12/17/2025 | |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |
| 12/17/2025 | SUM - Summons | 12/17/2025 | |
| **NOTE:** | Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|
| **No records found.** | | | | | |

# EXHIBIT 21

**DECLARATION OF DAVID JACOB "JAKE" WEISS**

I, David Jacob "Jake" Weiss, under penalty of perjury under the laws of the United States of America, declare and state as follows:

1. I am over eighteen (18) years of age and make the following statements based upon my personal knowledge and experience.

2. I make this Declaration in accordance with 28 U.S.C. §1746.

3. I am a full time resident of, and domiciled in, the State of Michigan.

4. I intend to remain and reside in the State of Michigan. I do not live or reside in any other location.

5. I do not reside, nor have I ever resided, or been domiciled, in the State of Arizona.

(Signature on Next Page – Remainder Intentionally Left Blank)

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 29th, 2026.

Digitally signed by Jake Weiss
Date: 2026.04.29 08:24:04-04'00'

David Jacob "Jake" Weiss

# EXHIBIT 22

**DECLARATION OF DANIEL WEISS**

I, Daniel Weiss, under penalty of perjury under the laws of the United States of America, declare and state as follows:

1. I am over eighteen (18) years of age and make the following statements to the best of my knowledge based upon my personal knowledge and experience.

2. I make this Declaration in accordance with 28 U.S.C. §1746.

3. I am a full time resident of the State of Michigan, and I intend to remain and reside in the State of Michigan. I do not live or reside in any other location except for Florida as a rental tenant for a few months each year.

4. I do not reside, nor have I ever resided, or been domiciled, in the State of Arizona.

5. Without waiving any defenses, I consent to removal to the United States District Court for the District of Arizona that certain civil action originally filed by Plaintiff Theodoros Michaelidis on December 17, 2025 in the Maricopa County Superior Court for the State of Arizona, Case No. CV2025-066477, styled *Theodoros Michaelidis v. Daniel Weiss, et al.* (the "State Court Action").

6. Weiss Construction Co. is a limited liability company formed under the laws of the State of Michigan with a principal place of business located at 41001 Grand River Avenue, Novi, Michigan 48375.

7. DSW Holdings, Inc. is an entity formed and organized under the laws of the State of Michigan with a principal place of business located at 41001 Grand River Avenue, Novi, Michigan 48375.

8. DSW Holding, Inc. is the sole member of Weiss Construction Co., and I am the president and sole shareholder and director of DSW Holdings, Inc. I also am the manager of Weiss Construction Co.

9. On behalf of Weiss Construction Co. as the president and sole shareholder and director of DSW Holdings, Inc., Defendant Weiss Construction Co., consents to removal of the State Court Action to the United States District Court for the District of Arizona, without waiving any defenses.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 29, 2026

Signed by:
Daniel Weiss
8BBACEF789194F9...
Daniel Weiss

# EXHIBIT 23

Sean M. Carroll, (#027171)
Jarin K. Giesler, (#030857)
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
Email: scarroll@clarkhill.com
jgiesler@clarkhill.com
*Attorneys for Defendant Jake Weiss*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| THEODOROS MICHAELIDIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WEISS and JANE DOE WEISS, husband and wife; JAKE WEISS and JANE DOE WEISS, husband and wife; WEISS CONSTRUCTION CO., a Michigan limited liability; JOHN AND JANE DOES 1-10; ABC ENTITIES 1-10, corporations or other legal entities;<br><br>Defendants. | Case No. CV2025-066477<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL** |

**TO: THE CLERK OF THE SUPERIOR COURT AND ALL PARTIES AND THEIR ATTORNEYS**

**PLEASE TAKE NOTICE** that on April 29, 2026, Defendant David Jacob Weiss ("Jake Weiss" or "Defendant") caused this action to be removed to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1332. A copy of the Notice of Removal, which was filed on April 29, 2026, in the District Court, is attached as **Exhibit A.** This Notice is being provided pursuant to 28 U.S.C. § 1446(d). A copy of this Notice is being provided to the Clerk of the Court of Maricopa County Superior Court, Arizona, as well as to the Plaintiff in this case.

Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further in this action.

**DATED** this 29th day of April, 2026.

**CLARK HILL PLC**

By: ______________________
Sean M. Carroll
Jarin K. Giesler
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
*Attorneys for Defendant Jake Weiss*

**ORIGINAL** of the foregoing e-filed this 29th day of April, 2026, with;

The Maricopa County Superior Court

**COPY** of the foregoing emailed this 29th day of April, 2026, to:

Husdon A. Christmas, Esq.
**KEIST THURSTON P.C.**
23131 N. Lake Pleasant Parkway
Peoria, Arizona 85383
Wendy@ktolawfirm.com
Hudson@ktolawfirm.com
*Attorneys for Plaintiff*

Matthew A. Hesketh
**TAFT STETTINIUS & HOLLISTER LLP**
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
MHesketh@TaftLaw.com
*Attorneys for Defendant Daniel Weiss*

*/s/ Alicyn Rensmeyer*